1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

8
9
10

| | |
|---|---|
| SONYA B., | NO. CV 19-7380-JLS (AGR) |
| Plaintiff, | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

18   Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Complaint,

19   records on file, and the Report and Recommendation of the United States

20   Magistrate Judge. No objections to the Report have been filed.  The Court

21   accepts the findings and recommendation of the Magistrate Judge.

22   IT IS ORDERED that Judgment be entered reversing the decision of

23   Commissioner and remanding for reconsideration of Dr. Johnson's opinions and

24   whether Plaintiff was capable of gainful employment during the period of October

25   1, 2017 – November 20, 2018.

26   DATED:  Mar. 22, 2021

27   _____
     JOSEPHINE L. STATON
     United States District Judge

28